# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRANDI WILLIS OGDEN

VERSUS

CHARLES B. WAYNE OGDEN

NO. 2026 CW 0121

FEBRUARY 3, 2026

---

In Re:     Brandi Willis (Ogden), applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202313709.

---

BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.

STAY DENIED; WRIT DENIED. The district court's January 27, 2026 Reasons for Judgment do not constitute a judgment. Moreover, the district court stated in those Reasons that the Reasons did not constitute a written judgment and ordered that a written judgment be submitted. Despite the fact that the Reasons imposed a deadline of February 1, 2026 for compliance with a condition to suspend the punishment for such contempt, such a ruling establishing the sanction for contempt is without effect until a judgment reflecting that ruling has been signed. In addition, a judgment of contempt is a final, appealable judgment, and relator has a right of suspensive appeal therefrom. See La. Code Civ. P. art. 1915(A)(6); **Capital City Press, LLC v. Louisiana State University System Board of Supervisors**, 2013-1994 (La. 8/28/13), 120 So.3d 250. The district court's ruling is without effect until a judgment reflecting that ruling has been signed, and no appeal can be taken from a final judgment until it has been signed by the judge. La. Code Civ. P. art. 1911.

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.